October 26, 2009

Hon. Marilyn Hall Patel
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: CGC.09.493298

C09-4896 MHP

Your Honor:

As an owner of OpenTV Class A stock, I am contacting you to voice my experiences and concerns about the hostile takeover actions of Kudelski. My ownership of shares is a result of multiple acquisitions. My initial ownership started with Intellocity USA which was acquired by ACTV which was then acquired by OpenTV. I am not a seasoned or savvy investor in the stock market but do occasionally purchase stock through employee investment programs.

A few weeks ago, I received a packet from Kudelski offering to purchase my shares of OpenTV Class A stock. As a shareholder, the offer documents were extremely disconcerting and misleading. Upon reading the enclosed documents, I, as a shareholder, felt panicked that Kudelski was offering to purchase the stocks to save the company from failure and was insinuating that my shares will have no value in the future if I did not sell. The documents lead me to believe that my ONLY option for realizing value in my investment was to sell to Kudelski.

While I understand there is a marketing element to entice shareholders to sell their shares, I feel they crossed the line and purposely wrote their communications to mislead and raise major concerns in the minds of shareholders.

If a majority of the other shareholders have the same concern as I do, I am worried that will sell their shares for fear that they have no other option. Now my decision to sell my shares is not only impacted by the monetary evaluation of the offer but also by the potential negative impact the coercive tone of offer documents has on other shareholders. As a shareholder, I feel powerless and manipulated.

Sincerely,

Julie A. Gall
6142 Trailhead Road
Highlands Ranch, CO 80130
Home: 303-688-2733
Cell: 303-921-1144
Email: juliegall@sprintmail.com

OCT 30 2009

DENVER CO 802

Julie Gall
6142 Trailhead Rd.
Littleton, CO 80130-5330

Hon. Marilyn Hall Patel
US District Court For The
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

RE: CGC. 09. 493298 0243661 0004