Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
James Magid (233043)
jmagid@bermandevalerio.com
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94010
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

Robert M. Kornreich
rkornreich@wolfpopper.com
Carl L. Stine
cstine@wolfpopper.com
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MICHAEL FOLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KUDELSKI SA,<br>KUDELSKI INTERACTIVE CAYMAN, LTD.,<br>ANDRE KUDELSKI, and<br>DOES 1 THROUGH 50,<br><br>Defendants. | Case No. C-09-04896 MHP<br><br>**ADMINSTRATIVE MOTION TO APPROVE THE STIPULATION OF PLAINTIFFS TO REQUEST FOR ORDER TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL** |

[C-09-04896 MHP] ADMIN. MTN TO APPROVE STIP.

| | |
|---|---|
| SALVATORE L. GIORDANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OPENTV CORP, ANDRE KUDELSKI, NIGEL BENNETT, JOSEPH DEISS, LUCIEN GANI, ALEX OSADZINSKI, PIERRE ROY, MAURO SALADINI, JAMES A. CHIDDIX, CLAUDE SMADJA, JERRY MACHOVINA, KUDELSKI SA and KUDELSKI INTERACTIVE CAYMAN, LTD.,<br><br>Defendants. | No. C 09-5077<br><br>**CLASS ACTION** |
| JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KUDELSKI SA, KUDELSKI INTERACTIVE CAYMAN, LTD., and ANDRE KUDELSKI,<br><br>Defendants. | No. C 09-5093<br><br>**CLASS ACTION** |

[C-09-04896 MHP] ADMIN. MTN TO APPROVE STIP.

Pursuant to Local Rule 7-11, plaintiff Charles Michael Foley ("Plaintiff") respectfully submits this Miscellaneous Administrative Motion to Approve the Stipulation of Plaintiffs to Request for Order to Consolidate Cases and Appoint Interim Co-Lead Counsel. Plaintiff makes this administrative motion based on this Motion, the accompanying declaration of Christopher T. Heffelfinger and the Stipulation of Plaintiffs to Request for Order to Consolidate Cases and Appoint Interim Co-Lead Counsel ("Stipulation"), attached herewith.

On October 27, 2009, Plaintiff filed his Motion to Consolidate Actions and Appoint Interim Co-Lead Counsel ("Motion"). The Motion is currently calendared for hearing before this Court on December 7, 2009 at 2:00pm before the Honorable Marilyn Hall Patel.

Since Plaintiff filed the Motion, he and the other plaintiffs in this action have agreed to stipulate to consolidation of the pertinent actions and to appointment of co-lead counsel. *See* Declaration of Christopher T. Heffelfinger In Support of Administrative Motion to Approve the Stipulation of Plaintiffs to Request an Order to Consolidate Cases and Appoint Interim Co-Lead Counsel ("Heffelfinger Decl."), Exhibit A.

Defendants Kudelski Interactive Cayman, Ltd., Kudelski SA and OpenTV Corp. do not object to the Stipulation or its approval by the Court. *See* Heffelfinger Decl. ¶¶ 3-4. Defendant Andre Kudelski has yet to receive service or make an appearance in this matter.

For the foregoing reasons, Plaintiff requests the Court grant his Administrative Motion and Approve the Stipulation.

Dated: November 4, 2009

Respectfully Submitted,

**BERMAN DeVALERIO**

By: *Christopher T. Heffelfinger* (signature)
Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
James Magid
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

[C-09-04896 MHP] ADMIN. MTN TO APPROVE STIP.

**WOLF POPPER LLP**
Robert M. Kornreich
Carl L. Stine
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Attorneys for Plaintiff Charles Michael Foley*