Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
James Magid (233043)
jmagid@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282

Robert M. Kornreich
rkornreich@wolfpopper.com
Carl L. Stine
cstine@wolfpopper.com
**WOLF POPPER LLP**
845 Third Avenue
New York, NY  10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Interim Co-Lead Counsel for Plaintiffs

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (jdwyer@cooley.com)
ANGELA L. DUNNING (212047) (adunning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant Kudelski Interactive Cayman, Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OPENTV CORP. SHAREHOLDER LITIGATION | Case No. C-09-04896 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

[C-09-04896 MHP]  STIPULATION AND [PROPOSED] ORDER

1   WHEREAS, on April 12, 2010, the Court held a case management conference ("CMC") in
2   the above-captioned action, at which the parties informed the Court that they had reached an
3   agreement in principle to settle the action and dismiss all claims therein with prejudice;

4   WHEREAS, at the CMC, the Court ordered the parties to submit to the Court the
5   stipulation of settlement and a motion for preliminary approval thereof no later than May 10,
6   2010, and scheduled a hearing on the preliminary approval motion for May 24, 2010;

7   WHEREAS, the parties are still in the process of negotiating certain terms in the stipulation
8   of settlement and believe that additional time will enable them to finalize the stipulation and
9   related documentation and thereby eliminate issues that might otherwise require Court attention;

10  NOW THEREFORE, in the interests of judicial efficiency and preserving judicial resources,
11  the parties hereto agree that the deadline to submit their motion for preliminary approval and
12  related settlement documentation should be extended to Friday, May 28, 2010 and that the
13  hearing thereon should be rescheduled for Monday, June 21, 2010 at 2 p.m., or such other date as
14  the Court may order.

15  IT IS SO STIPULATED.

16

17  DATED: May 6, 2010                          **BERMAN DeVALERIO**

18
                                                By:  /s/
19                                                   Christopher T. Heffelfinger

20                                              Joseph J. Tabacco, Jr.
                                                James Magid
21                                              One California Street, Suite 900
                                                San Francisco, CA  94111
22                                              Telephone: (415) 433-3200
                                                Facsimile:  (415) 433-6282
23

24

25

26

27

28

[C-09-04896 MHP]  STIPULATION AND [PROPOSED] ORDER                                              1

|   |   |
|---|---|
|   | **WOLF POPPER LLP**<br>Robert M. Kornreich<br>Carl L. Stine<br>845 Third Avenue<br>New York, NY  10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093<br><br>Interim Co-Lead Counsel for Plaintiffs |
| DATED:  May 6, 2010 | **COOLEY LLP**<br><br>By:   /s/<br>        Angela L. Dunning<br><br>John C. Dwyer<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Fax: (650) 849-7400<br><br>Attorneys for Defendant Kudelski Interactive Cayman, Ltd. |

**Filer's Attestation**:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Angela L. Dunning hereby attests that concurrence in the filing of this document has been obtained.

By:   /s/
        Angela L. Dunning

IT IS SO ORDERED.

Dated:  5/7/2010                    By:  _____
                                                HONORABLE
                                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(seal: United States District Court, Northern District of California)

852452 v1/HN

[C-09-04896 MHP]  STIPULATION AND [PROPOSED] ORDER                              2