BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (75484)
jtabacco@bermandevalerio.com
CHRISTOPHER T. HEFFELFINGER (118058)
cheffelfinger@bermandevalerio.com
James Magid (233043)
jmagid@bermandevalerio.com
On California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

WOLF POPPER LLP
ROBERT M. KORNREICH
rkornreich@wolfpopper.com
CARL L. STINE
cstine@wolfpopper.com
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Interim Co-Lead Counsel for Plaintiffs

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533)
jdwyer@cooley.com
ANGELA L. DUNNING (212047)
adunning@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant Kudelski Interactive Cayman, Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OPENTV CORP. SHAREHOLDER LITIGATION | Case No. C-09-04896 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND RESCHEDULING HEARING THEREON** |

1       WHEREAS, on April 12, 2010, the Court held a case management conference ("CMC") in the above-captioned action, at which the parties informed the Court that they had reached an agreement in principle to settle the action and dismiss all claims therein with prejudice;

4       WHEREAS, at the CMC, the Court ordered the parties to submit to the Court the stipulation of settlement and a motion for preliminary approval thereof no later than May 10, 2010, and scheduled a hearing on the preliminary approval motion for May 24, 2010;

7       WHEREAS, on or about May 6, 2010, the parties filed a stipulation and proposed order with the Court, requesting that the deadline to submit the motion for preliminary approval and related settlement documentation be extended to Friday, May 28, 2010 and that the hearing thereon should be rescheduled for Monday, June 21, 2010 at 2 p.m., or such other date as the Court may order, to allow the parties to finalize the stipulation of settlement and related documentation and thereby eliminate issues that might otherwise require Court attention;

13       WHEREAS, on or about May 7, 2010, the Court entered an order setting the dates for submission of the motion for preliminary approval and the hearing thereon in accordance with the parties' May 6, 2010 stipulation;

16       WHEREAS, the parties have continued to negotiate the terms of the stipulation of settlement and related settlement documentation diligently and in good faith but, due in part to the May trial schedule of Angela L. Dunning, counsel for Kudelski Interactive Cayman, Ltd. ("KIC"), the parties have not yet been able to finalize the settlement papers and do not anticipate being able to do so by May 28, 2010;

21       WHEREAS, counsel for KIC has a prepaid, out-of-state vacation scheduled for May 31, 2010 through June 10, 2010;

23       WHEREAS, the parties believe that with limited additional time they will be able to finalize and submit to the Court the necessary settlement documentation, thereby eliminating issues that might otherwise require Court attention;

26       NOW, THEREFORE, it is hereby stipulated and agreed, by and between the parties, through their respective counsel of record, subject to Court approval, that the deadline to submit the

1  motion for preliminary approval and related settlement documentation be extended to Friday,
2  June 25, 2010 and that the hearing thereon should be rescheduled for Monday, July 12, 2010 at 2
3  p.m., or such other date and time as the Court may order.
4       IT IS SO STIPULATED.

6  DATED: May 26, 2010                **BERMAN DeVALERIO**

                                      By:  /s/
                                           Christopher T. Heffelfinger

                                      Joseph J. Tabacco, Jr.
                                      James Magid
                                      One California Street, Suite 900
                                      San Francisco, CA  94111
                                      Telephone: (415) 433-3200
                                      Facsimile:  (415) 433-6282

                                      **WOLF POPPER LLP**
                                      Robert M. Kornreich
                                      Carl L. Stine
                                      845 Third Avenue
                                      New York, NY  10022
                                      Telephone: (212) 759-4600
                                      Facsimile: (212) 486-2093

                                      Interim Co-Lead Counsel for Plaintiffs

18 DATED:  May 26, 2010                **COOLEY LLP**

                                      By:  /s/
                                           Angela L. Dunning

                                      John C. Dwyer
                                      Five Palo Alto Square
                                      3000 El Camino Real
                                      Palo Alto, CA 94306
                                      Telephone: (650) 843-5000
                                      Fax: (650) 849-7400

                                      Attorneys for Defendant Kudelski Interactive
                                      Cayman, Ltd.

1 **Filer's Attestation**: Pursuant to General Order No. 45, Section X(B) regarding signatures, Angela L. Dunning hereby attests that concurrence in the filing of this document has been obtained.

By: ___/s/_____
      Angela L. Dunning

IT IS SO ORDERED.

Dated: __5/27/2010_____  By: _____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

852452 v1/HN

