BERMAN DeVALERIO
JOSEPH J. TABACCO, JR. (75484)
jtabacco@bermandevalerio.com
CHRISTOPHER T. HEFFELFINGER (118058)
cheffelfinger@bermandevalerio.com
ANTHONY D. PHILLIPS (259688)
aphillips@bermandevalerio.com
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282

WOLF POPPER LLP
ROBERT M. KORNREICH
rkornreich@wolfpopper.com
CARL L. STINE
cstine@wolfpopper.com
845 Third Avenue
New York, NY  10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Interim Co-Lead Counsel for Plaintiffs

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533)
jdwyer@cooley.com
ANGELA L. DUNNING (212047)
adunning@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant Kudelski Interactive
Cayman, Ltd.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPENTV CORP. SHAREHOLDER LITIGATION | Case No. C-09-04896 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMISSION OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND RESCHEDULING HEARING THEREON** |

1    W<small>HEREAS</small>, on April 12, 2010, the Court held a case management conference ("CMC") in
2  the above-captioned action, at which the parties informed the Court that they had reached an
3  agreement in principle to settle the action and dismiss all claims therein with prejudice;

4    W<small>HEREAS</small>, at the CMC, the Court ordered the parties to submit to the Court the
5  stipulation of settlement and a motion for preliminary approval thereof no later than May 10,
6  2010, and scheduled a hearing on the preliminary approval motion for May 24, 2010;

7    W<small>HEREAS</small>, on or about May 6, 2010, the parties filed a stipulation and proposed order
8  with the Court, requesting that the deadline to submit the motion for preliminary approval and
9  related settlement documentation be extended to Friday, May 28, 2010 and that the hearing
10 thereon should be rescheduled for Monday, June 21, 2010 at 2 p.m., or such other date as the
11 Court may order, to allow the parties to finalize the stipulation of settlement and related
12 documentation and thereby eliminate issues that might otherwise require Court attention;

13   W<small>HEREAS</small>, on or about May 7, 2010, the Court entered an order setting the dates for
14 submission of the motion for preliminary approval and the hearing thereon in accordance with
15 the parties' May 6, 2010 stipulation;

16   W<small>HEREAS</small>, on or about May 26, 2010, the parties filed a stipulation and proposed order
17 with the Court, explaining that they were continuing to negotiate the terms of the stipulation of
18 settlement and related settlement documentation in good faith, and requesting that the deadline to
19 submit the motion for preliminary approval and related settlement documentation be further
20 extended to Friday, May 28, 2010 and that the hearing thereon be rescheduled for Monday, July
21 12, 2010 at 2 p.m.;

22   W<small>HEREAS</small>, on or about May 28, 2010, the Court entered an order setting the dates for
23 submission of the motion for preliminary approval and the hearing thereon in accordance with
24 the parties' May 26, 2010 stipulation;

25   W<small>HEREAS</small>, as a result of their efforts, the parties this week reached resolution of the final
26 disputed issue in the case (relating to attorneys' fees and costs), thereby eliminating an issue that

27
28

1  might otherwise have required Court attention, and fully anticipate being able to finalize and file
2  the executed stipulation of settlement and all related settlement documentation by July 9, 2010;
3      NOW, THEREFORE, it is hereby stipulated and agreed, by and between the parties, through
4  their respective counsel of record, subject to Court approval, that the deadline to submit the
5  motion for preliminary approval and related settlement documentation be extended to Friday,
6  July 9, 2010 and that the hearing thereon should be rescheduled for Monday, July 26, 2010 at 2
7  p.m., or such other date and time as the Court may order.
8      IT IS SO STIPULATED.

9  DATED: June 23, 2010                    **BERMAN DeVALERIO**

                                           By:   /s/
                                                 Christopher T. Heffelfinger

                                           Joseph J. Tabacco, Jr.
                                           Anthony D. Phillips
                                           One California Street, Suite 900
                                           San Francisco, CA  94111
                                           Telephone: (415) 433-3200
                                           Facsimile:  (415) 433-6282

                                           **WOLF POPPER LLP**
                                           Robert M. Kornreich
                                           Carl L. Stine
                                           845 Third Avenue
                                           New York, NY  10022
                                           Telephone: (212) 759-4600
                                           Facsimile: (212) 486-2093

                                           Interim Co-Lead Counsel for Plaintiffs

   DATED:  June 23, 2010                   **COOLEY LLP**

                                           By:   /s/
                                                 Angela L. Dunning

                                           John C. Dwyer
                                           Five Palo Alto Square
                                           3000 El Camino Real
                                           Palo Alto, CA 94306
                                           Telephone: (650) 843-5000
                                           Fax: (650) 849-7400

                                           Attorneys for Defendant Kudelski Interactive
                                           Cayman, Ltd.

**Filer's Attestation**: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher T. Heffelfinger hereby attests that concurrence in the filing of this document has been obtained.

By:   /s/
      Christopher T. Heffelfinger

**IT IS SO ORDERED.**

Dated: June 24, 2010      By: _____
           HON. MARILYN H. PATEL
           UNITED STATES DISTRICT JUDGE

